UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     Billy Anderson, et al. v. Prince George's County, Md., et al.
        Civil Action No. TDC-13-1509

DATE:   June 12, 2014

* * * * * * * * *

Please be advised that a brief telephone conference has been scheduled for **Tuesday, June 17, 2014 at 4:00 p.m.** in the above-captioned matter regarding the parties' Joint Status Report (ECF No. 56). The call is not expected to exceed fifteen minutes.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

    Phone number:              (888) 684-8852
    Access code:               5923783
    Participant Security code: 5020

Please do not use speakerphones once the hearing has commenced as they compromise the quality of the electronic record.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.